No. 76–1191. UNITED STATES *v.* CITY OF ALBUQUERQUE ET AL. C. A. 10th Cir. Certiorari denied.

No. 76–1194. SPAGNOLO *v.* UNITED STATES;
No. 76–6221. FUSCO *v.* UNITED STATES; and
No. 76–6723. FALVO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 546 F. 2d 1117.

No. 76–1294. SESHACHALAM *v.* CREIGHTON UNIVERSITY SCHOOL OF MEDICINE. C. A. 8th Cir. Certiorari denied.

No. 76–1319. BURLEIGH HOUSE CONDOMINIUM, INC. *v.* BUCHWALD, TRUSTEE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1364. APPLESTEIN *v.* SIMONS. Ct. App. N. Y. Certiorari denied.

No. 76–1372. TODARO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1405. GALLAGHER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1407. MERCANTILE TRUST COMPANY NATIONAL ASSN. *v.* ST. LOUIS COUNTY NATIONAL BANK ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–1413. BRAINERD *v.* DANN, COMMISSIONER OF PATENTS AND TRADEMARKS. C. C. P. A. Certiorari denied.

No. 76–1428. ST. CLAIR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1466. HIGA *v.* STETSON, SECRETARY OF THE AIR FORCE, ET AL. C. A. 9th Cir. Certiorari denied.